In the Matter of the Claim of EUGENE BELLINI, Respondent, against GREAT AMERICAN INDEMNITY COMPANY, Appellant, and ARCHITECTURAL HOME CORP. et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.

Submitted February 20, 1950; decided February 23, 1950.

Motion to amend remittitur granted. Return of remittitur requested and, when returned, it will be amended to award costs in this court and in the Appellate Division to the appellant against the Workmen's Compensation Board. [See 299 N. Y. 399.]

CHERNE ABRAMS, Appellant, v. MARYLAND CASUALTY COMPANY, Respondent.

Submitted February 20, 1950; decided February 23, 1950.

Motion to amend remittitur denied, with $10 costs and necessary printing disbursements. [See 300 N. Y. 80.]